**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| DSC JANITORIAL, LLC., d/b/a DALLAS 1 CLEANING SERVICES | : | |
| | : | |
| Debtor. | : | Case No. 24-12012 (AMC) |

_____

**NOTICE OF OFFICER'S COMPENSATION PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1**

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1:

1. On JUNE 12, 2024 (the "Petition Date"), DCS Janitorial,, LLC d/b/a Dallas Cleaning Services, ("DCS," "Dallas," or the "Debtor"), filed a voluntary petition for relief under Subchapter V Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtor has continued to operate its business and manage its property pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. The officer of the Debtor to whom compensation will be paid is Stephen Wilbanks, who continues to act in his respective capacity as officer and employee of the Debtor.

3. Mr. Wilbanks serves as the sole Owner of the Debtor. He is also employed by the Debtor. Mr. Wilbanks' duties and responsibilities include, but are not limited to day to day management and operations across Debtor's restaurant and catering services.

4. At the relevant times noted below, Mr. Wilbanks 90 day rate of compensation was 15,000.00 over 90 days,( **including** applicable federal, state and local taxes), payable in approximately $1,250 in weekly gross wages.

5. Below is a summary of the amounts potentially paid to Stephen Wilbanks

    90 Days Gross Salary = $15,000.00

6. After the Petition Date, pursuant to Local Bankruptcy Rule 4002-1(c), the Debtor expects to continue to pay every 30 days the amount of $5,000 (or less), and only if cash is available, to Mr. Stephen Wilbanks;

7. The Debtor is serving this notice on the following: (a) all secured creditors; (b) the 20 largest unsecured creditors; and (c) all parties on the Clerk's Service List.

8. Any creditor or party in interest who objects to the Debtor's continued retention of the above officer or to the compensation paid to said officer must do so in accordance with Local Bankruptcy Rule 4002-2.

Respectfully submitted,

*CENTER CITY LAW OFFICES, LLC*

By: */s/ **Maggie S. Soboleski***
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com
(Proposed Counsel)