**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| DSC JANITORIAL, LLC., d/b/a DALLAS 1 CLEANING SERVICES | : : | |
| | : | |
| Debtor. | : | Case No. 24-12012 (PMM) |
| | | **Hearing Scheduled: 6/20/24** |
| | | **Time: 1:00 PM via ZOOM** |

_____

**SUPPLEMENT TO CASH COLLATERAL MOTION REGARDING EMPLOYEE AND OFFICER COMPENSATION FOR PRE AND POST PETITION WAGES**

1. On JUNE 12, 2024 (the "Petition Date"), DCS Janitorial,, LLC d/b/a Dallas Cleaning Services, ("DCS," "Dallas," or the "Debtor"), filed a voluntary petition for relief under Subchapter V Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtor has continued to operate its business and manage its property pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. Debtor filed a Joint Emergency Motion to Determine Validity of Security Interest or in the alternative Motion for Use of Cash Collateral on Jun 17, 2024.

3. **A hearing is scheduled for June 20, 2024 at 1:00 PM.**

4. The Debtor solely hires independent contractors subject to IRS 1099 reporting requirements, (the "IC's")

5. **The Debtor owed pre-petition payments to the IC's in the amount of $11,748.52**

6. The sole member of the Debtor, Stephen Wilbanks is owed a distribution of $4,800, included in the amount set forth in paragraph 3, above.

7. Shawn Wilbanks, who may or may not be a relative of the Debtor's sole member is owed past due pay in the amount of $578.

8. **The Debtor will owe post-petition wages from June 13 to June 21 in the amount of 11,748.52, including payments to sole member, Stephen Wilbanks in the amount of $4,800 and a potential relative of the sole member, Shawn Wilbanks in the amount of $587.**

9. Debtor will owe additional pay for the week **of June 24 to June 28, the next pay ending period** for the debtor, in an amount which has not yet been determined.

10. Debtor only hires IC's and therefore, does not supply or offer any additional employee benefits.

11. Debtor previously filed a Notice of Officer Compensation setting forth Debtor's sole member's pay over 90 days.

Respectfully submitted,

*CENTER CITY LAW OFFICES, LLC*

By: */s/ Maggie S. Soboleski*
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com
(Proposed Counsel)