**DCS Janitorial LLC**
**Commercial Cleaning Experts**
P.O. Box 42544 Philadelphia, PA 19101 | 215-768-9948

### DCS Janitorial, LLC Projected Budget – 2024

**Monthly (@$42,500 income)**

| Expenses | Amounts (approx) |
|---|---|
| Payroll & Payroll Taxes | -$30,500.00 |
| Supplies | -$3,500.00 |
| Office Rent | -$500.00 |
| Business Phones | -$350.00 |
| Vehicle Gas | -$475.00 |
| Office Utilities | -$350.00 |
| P.O. Box | -$25.00 |
| Equipment Repairs | -$425.00 |
| Uniforms | -$500.00 |
| Business Insurance | -$975.00 |
| **NET REMAINING** | **$4,900.000** |

**90-Days (@$127,500 income)**

| Expenses | Amounts (approx) |
|---|---|
| Payroll & Payroll Taxes | -$91,500.00 |
| Supplies | -$10,500.00 |
| Office Rent | -$1,500.00 |
| Business Phones | -$1,050.00 |
| Vehicle Gas | -$1,425.00 |
| Office Utilities | -$1,050.00 |
| P.O. Box | -$75.00 |
| Equipment Repairs | -$1,275.00 |
| Uniforms | -$1,500.00 |
| Business Insurance | -$2,925.00 |
| **NET REMAINING** | **$14,700.00** |

**Submitted by**

*Stephen H. Wilbanks, Jr.*

**Owner/Sole Proprietor**