**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **DCS Janitorial, LLC,** | | |
| **a/k/a Dallas Cleaning Services** | : | |
| **Debtor.** | : | **Case No. 24-12012 (PMM)** |

### ORDER

**AND NOW**, a hearing having been held on May 13, 2026 with regard to the U.S.

Trustee's Motion to Dismiss or Convert (doc. #152, the "Motion");

AND for the reasons discussed on the record at the hearing;

It is hereby **ordered** that:

1) The Motion is continued to **Wednesday, June 24, 2026 at 9:30 a.m.** in

Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor,

Philadelphia, PA 19107;

2) The Debtor shall file a motion to modify the chapter 11 plan on or before **May 26,**

**2026** and notice the motion for the date of the continued hearing; and

3) The Debtor's principal and accountant **shall appear** at the hearing.

Dated: 5/13/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge