**BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DCS JANITORIAL, LLC | : | |
| d/b/a DALLAS CLEANING SERVICES, | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 24-12012 (PMM) |
| | : | |
| | : | **Hearing:  6/24/26 at 9:30 A.M. (Room 3)** |

### <u>NOTICE OF MOTION,  RESPONSE DEADLINE AND TELEPHONIC<br>OR VIDEO HEARING DATE</u>

Debtor, DCS JANITORIAL, LLC d/b/a DALLAS CLEANING SERVICES, by and through ITS counsel, Center City Law Offices, LLC has filed a Motion to Modify Chapter 11 Plan Post-Confirmation.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

**1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then within 14 days, O, from the date hereafter  JUNE 10, 2026, you or your attorney must do all of the following:**

    (a)      If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically;

    (b)      If you are not required to filed electronically, you must file your response at :

> Office of the Clerk of Court
> U.S. Bankruptcy Court
> 900 Market Street
> Philadelphia, PA 19107-2800

If you file or mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)      Mail a copy to the Debtor's attorney:

> Maggie S. Soboleski, Esquire
> Center City Law Offices, LLC
> 1632 Ellsworth Street
> Philadelphia, PA  19146-

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      **A hearing on the motion is scheduled to be held before the Honorable PATRICIA M. MAYER on JUNE 24, 2026 at 9:30 A.M.. IN PERSON at the United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107, Room 3. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed factual issues in the manner directed by Fed. R. Bank. P. 9014(d).**

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an objection.

Date:  May 26, 2026

By: */s/ Maggie S. Soboleski*
Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
1632 Ellsworth Street
Philadelphia, PA  19146
215-620-2132
msoboles@yahoo.com

**BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DCS JANITORIAL, LLC | : | |
| d/b/a DALLAS CLEANING SERVICES, | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 24-12012 (PMM) |
| | : | |
| | : | **Hearing:  6/24/26 at 9:30 A.M. (Room 3)** |

_____

**CERTIFICATE OF SERVICE**

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy

of the Debtor's Motion to Modify Plan to be served this 26TH day of MAY, 2026 upon all

creditors and those required to receive notice via the court's electronic filing service.


By: */s/Maggie S. Soboleski*
Pa. Id. No.: 88268
1632 ELLSWORTH  Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: MAY 26, 2026