## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| DCS JANITORIAL, LLC d/b/a DALLAS CLEANING, | : | |
| | : | |
| Debtor. | : | Case No. 24-12012 (PMM) |
| | : | Hearing Date:  7/8/26 |
| | : | Place:  Nix Courtroom #3 |

_____

## PROPOSED ORDER ON MOTION TO MODIFY DEBTOR'S PLAN POST-CONFIRMATION

AND NOW, this _____9th_____ day of ___July_____, 2026, upon consideration of

*Debtors' Motion to Modify Plan Post-confirmation,* it is hereby ORDERED and DECREED that the

Debtors' Motion is hereby GRANTED and the Modified Plan filed at docket #175 is APPROVED.


BY THE COURT:

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE