United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

DCS Janitorial, LLC a/k/a Dallas Cleanin

    Debtor

Case No. 24-12012-pmm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DCS Janitorial, LLC a/k/a Dallas Cleaning Services, 900 W. Jefferson Street, Philadelphia, PA 19122-3515 |
| acc | + | Jacqueline M. Gleason, J. Gleason Associates, LLC, 928 E. High Street, Pottstown, PA 19464-5733 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Jul 10 2026 01:04:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Dwayne Eichenbaum |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |

District/off: 0313-2                                      User: admin                                            Page 2 of 2

Date Rcvd: Jul 09, 2026                              Form ID: pdf900                                    Total Noticed: 3

CSU - OUCTS, PA Labor & Industry
                              ra-li-beto-bankreading@state.pa.us

DAVE P. ADAMS
                              on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

ERIC WAYNE WHITE
                              on behalf of Creditor CSU - OUCTS  PA Labor & Industry ewwhite@pa.gov

JOHN HENRY SCHANNE
                              on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

KEVIN P. CALLAHAN
                              on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LEONA MOGAVERO
                              on behalf of Trustee LEONA MOGAVERO  ESQ. lmogavero@zarwin.com, acoleman@zarwin.com

LEONA MOGAVERO, ESQ.
                              lmogavero@zarwin.com  acoleman@zarwin.com

LEONA MOGAVERO, ESQ.
                              on behalf of Trustee LEONA MOGAVERO  ESQ. lmogavero@zarwin.com, acoleman@zarwin.com

MAGGIE S SOBOLESKI
                              on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue msoboleski@kmllawgroup.com,
                              3532@notices.nextchapterbk.com

MAGGIE S SOBOLESKI
                              on behalf of Debtor DCS Janitorial  LLC a/k/a Dallas Cleaning Services msoboleski@kmllawgroup.com,
                              3532@notices.nextchapterbk.com

MEGAN N. HARPER
                              on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

RACHEL WOLF
                              on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
                              on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| DCS JANITORIAL, LLC d/b/a DALLAS | : | |
| CLEANING, | : | |
|     Debtor. | : | Case No. 24-12012 (PMM) |
| | : | Hearing Date:  7/8/26 |
| | : | Place:  Nix Courtroom #3 |

_____

### PROPOSED ORDER ON MOTION TO MODIFY DEBTOR'S PLAN POST-CONFIRMATION

AND NOW, this _____9th_____ day of __July_____, 2026, upon consideration of

*Debtors' Motion to Modify Plan Post-confirmation,* it is hereby ORDERED and DECREED that the

Debtors' Motion is hereby GRANTED and the Modified Plan filed at docket #175 is APPROVED.


BY THE COURT:

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE