IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          CHAPTER 11


DCS JANITORIAL LLC,
                    Debtor.                      BANKRUPTCY NO.: 24-12012 (PMM)


**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION OF THE
UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE
<u>FOR CAUSE UNDER 11 U.S.C. § 1112(b)</u>**


PLEASE TAKE NOTICE that Andrew R. Vara, the United States Trustee for Region 3,

by and through his undersigned counsel, hereby withdraws, without prejudice, the Motion of the

United States Trustee to Dismiss Debtor's Cases for Cause Under 11 U.S.C. § 1112(b) (Docket

No. 152).


                                 Respectfully submitted,

                                 ANDREW R. VARA
                                 UNITED STATES TRUSTEE
                                 FOR REGIONS 3 and 9



Dated: <u>August 4, 2026</u>            BY:    _/s/ Rachel Wolf_____
                                           Trial Attorney
                                           Office of the U.S. Trustee, Region 3
                                           One Newark Center, Suite 2100
                                           Newark, NJ 07102
                                           Tel. (973) 645-3014
                                           Rachel.Wolf@usdoj.gov